IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–00683–EWN–MJW

BEVERLY COLEMAN,

    Plaintiff,

v.

AMERICAN FURNITURE WAREHOUSE CO.,
  a Colorado corporation registered to do business in the State of Colorado; and
JACOB JABS,

    Defendants.

---

**ORDER**

---

This matter comes before the court on the "Unopposed Notice of Withdrawal of Defendants' Motion for Attorneys' Fees and Defendants' Motions to Review Taxation of Costs" filed August 23, 2005.  Upon review and consideration, it is

**ORDERED** that (1) Defendants' Motion for Attorneys' Fees (#62) filed July 18, 2005; (2) Defendant American Furniture Warehouse's Motion to Review Taxation of Costs (#66) filed August 4, 2005; and (3) Defendant Jake Jabs' Motion to Review Taxation of Costs (#67) filed August 4, 2005 are hereby WITHDRAWN.

Dated this  30th  day of August, 2005.

BY THE COURT:

s/Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge